C. BAHNSEN & CO., INC., Respondent, v. JUAN YSMAEL & CO., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and original order for examination modified by striking out the provision for the examination of Oliver as a witness. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HERMAN WITT, as Trustee in Bankruptcy of KENYON & CHILDS, INC., Respondent, v. JAMES TALCOTT, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GOLDIE EPSTEIN v. REBECCA LEVY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

120 WEST 86TH ST. CORPORATION v. LEON M. BODENHEIMER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

T. J. FLETCHER JACKSON and Others v. EDNA GREY, Impleaded.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ISIDOR GOLDBERG v. ABRAHAM LEVINE.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

LAWRENCE S. HARRIS v. ECLIPSE LIGHT COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EDWIN ALEXANDER v. MARCELINO SOLA and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAX ABRAMS v. GUS L. ROSENBERG.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of RICHARD C. LAKE, Deceased.— Motion denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HAGOP KEVORKIAN v. MANHATTAN STORAGE AND WAREHOUSE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JACOB FRIEDMAN v. HARRY B. DAVIS. BENNO FRIEDMAN v. HARRY B. DAVIS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERTA F. FRANK v. SIDNEY B. BOWMAN AUTOMOBILE COMPANY.— Motion for reargument denied. Motion for leave to appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERTA F. FRANK v. SIDNEY B. BOWMAN AUTOMOBILE COMPANY.— Motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLIAM AVEDON v. GEM DRESS HOUSE, INC.— Motion denied, with